```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|              |   |                    |
|---|---|---|
|              | : | CIVIL ACTION NOS.  |
| SMYTHE       | : | 02-4185            |
| WALLACE      | : | 02-4186            |
| COLLINS      | : | 02-4230            |
| WOLFSON      | : | 02-4253            |
| STARMAN      | : | 02-4261            |
| MAXWELL      | : | 02-4275            |
| CLAUNCH      | : | 02-4309            |
| FONOONI      | : | 02-4326            |
|              | : |                    |
|     vs.      | : |                    |
|              | : |                    |
| BAYER CORPORATION, ET AL | : |        |

# ORDER

**AND NOW**, this 8th day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   -   Order staying these proceedings pending disposition of a related action.

- [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   -   Interlocutory appeal filed

- [x]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>

it is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                            **BY THE COURT:**

                                            _____

                                            JOHN R. PADOVA,    J.

Civ. 13 (8/80)